IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **COREY BERGIG** and **DENISE BERBIG**, husband and wife, and **CASEY BERBIG**, minor child,<br><br>      Plaintiffs,<br><br>vs.<br><br>**U-HAUL OF ARIZONA**, and **U-HAUL OF CALIFORNIA**, and **U-HAUL CO. OF IDAHO, INC.**, and **U-HAUL CO. OF NEVADA, INC**., and **U-HAUL INTERNATIONAL, INC.,** and **AMERCO**, and each of its subsidiaries, associates, and affiliated corporations, and its parent and affiliated companies, employees agents, each of the independent U-Haul dealers, and its employees, agents, principles, servants, successors, heirs, executors, administrators of each of those.<br><br>      Defendants. | Case No.  2:21-CV-00249-BLW<br><br>JUDGMENT |

JUDGMENT IS ENTERED AS FOLLOWS:

The above-entitled cause is DISMISSED with prejudice and without costs or fees to any party.

DATED: June 21, 2023

_____
B. Lynn Winmill
United States District Judge

**JUDGMENT**